**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                           CASE NO: 8:21-cr-313-CEH-AAS

BLADIMIR MORENO, EFRAIN
CABRERAS RODAS, CHRISTINA
GAMEZ, and GUADALUPE
MENDES MENDOZA
_____/

**ORDER**

This cause is before the Court on the United States' Motion to Amend Judgment. Doc. 267. The Government asks the Court to amend clerical errors in three judgments (Docs. 213, 223, 240) pursuant to Federal Rule of Criminal Procedure 36.

Rule 36 of the Federal Rules of Criminal Procedure states "the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36.

First, as to Defendant Christina Gamez, the Court entered judgment (Doc. 213) on October 27, 2022, ordering her to pay restitution in the amount of $550.53 to each of the seventeen victims, reflecting a total of $9,353.91. Doc. 213 at 7. However, the Government notes that the correct restitution total should have been $9,359.01 instead. Doc. 267 at 1. Separately, the Government notes that the initials for victim "LC" should be changed to "IC" in this judgment. *Id.* The initial judgment indeed reflected a payment of $550.53 to seventeen individual victims, which totals $9,359.01. Doc. 217 at 7. The Court agrees that both the incorrect restitution figure and

misspelling of victim IC's initials are clerical errors that can be corrected under Rule 36.

Next, as to Defendants Bladimir Moreno (Doc. 240) and Cabrera Rodas (Doc. 223), the Government notes that while the restitution totals are correct, two victims are listed under the wrong initials. Doc. 267 at 1. The Government requests that "HR" be corrected to "HG" and "RV" be corrected to reflect "RG" The Court agrees that these too are clerical errors that can be corrected pursuant to Rule 36. [1]

Accordingly, it is **ORDERED** that the Government's Motion to Amend Judgment (Doc. 267) is **GRANTED**. Amended Judgments will be entered separately on the docket.

1. As to Defendant Christina Gamez, the amended judgment will reflect a total of $9,359.01 in restitution owed and the initials for victim "LC" will be corrected to "IC." As to Defendants Bladimir Moreno and Cabrera Rodas, their amended judgments will correct the initials of victim "HR" to "HG" and victim "RV" to "RG".

**DONE AND ORDERED** in Tampa, Florida on March 21, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel
Unrepresented Parties

---

[1] The three correct sets of initials are listed in the most recent presentence investigation reports and appear to have been improperly transposed to the judgments. *See* Doc. 231 at 9 ¶ 24; Doc. 190 at 8 ¶ 21.